# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00050-CR

**Teodoro Benavides, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NO. 2044396, HONORABLE FRED A. MOORE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

A jury found appellant Teodoro Benavides guilty of burglary of a habitation. *See* Tex. Pen. Code Ann. § 30.02 (West 2003). The jury assessed punishment, enhanced by two previous felony convictions, at forty-five years' imprisonment.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and filed both a pro se written response and a pro se brief.

We have reviewed the record, counsel's brief, the pro se response, and the pro se brief. We agree that the appeal is frivolous. We find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, No. PD-300-04, 2005 Tex. Crim. App. LEXIS 1969, at *7-8 (Tex. Crim. App. Nov. 16, 2005). Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Affirmed

Filed:   February 16, 2006

Do Not Publish